Marcus David, Appellant, v. New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs against the appellant. All concurred.

The People of the State of New York, Appellant, v. Louis Fremontes, Respondent.— Interlocutory judgment affirmed. All concurred.

Charles A. Colledge, Respondent, v. Warren M. Carrier, as Administrator, etc., of Mary E. Hall, Deceased, Appellant, Impleaded with The Oswego County Savings Bank and Others.— Interlocutory judgment affirmed, with costs, with leave to defendant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

Alfred J. McGrath, an Infant, by Michael McGrath, His Guardian ad Litem, Respondent, v. Auburn Hame Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Humbert Pulciani, Respondent, v. The United Amusement Companies, Appellant.— Judgment affirmed, with costs. All concurred.

Charles O. Weller, Appellant, v. C. W. Miller Transfer Company, Respondent.— Judgment affirmed, with costs. All concurred.

Michael Rehler, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charles M. Lane, Respondent, v. Albert O. Fenn and Others, Appellants, Impleaded with Adolphus Busch.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Augusta B. Nash, Appellant, v. John S. Crosier, as Sole Executor, etc., of John Linzy, Deceased, Respondent.— Judgment affirmed, with costs. All concurred.

Patrick Dowdell, Appellant, v. Lackawanna Steel Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Thomas O'Brien, Respondent, v. Ellen Harvey, as Administratrix, etc., of Susan McLaughlin, Deceased, Appellant.— Judgment reversed upon law and facts and new trial ordered before another referee, with costs to appellant to abide event. Held, that the evidence is insufficient to establish plaintiff's claim. All concurred.

Thomas R. Levis, Plaintiff, v. Pope Motor Car Company and Robert Thomson Company, Defendants.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant Pope Motor Car Company, dismissing the plaintiff's complaint as to it, with costs. All concurred.

John M. Hastings, Respondent, v. Sophia Weller, Appellant.— Judgment affirmed, with costs. All concurred.